# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  **v.**                                                             **Case No. 19-CR-47**

**SIVYIS XIONG and PHONG VANG**
    **Defendants.**

## ORDER

**IT IS ORDERED** that defendant's unopposed motion to adjourn (R. 23) is granted; the final pre-trial set for May 17, 2019, and the trial set for May 28, 2019, are adjourned; and the case is set for **STATUS** on **Wednesday, June 19, 2019, at 11:30 a.m.** The court finds that the ends of justice served by so continuing the case outweigh the best interests of the defendants and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Dated at Milwaukee, Wisconsin, this 15th day of May, 2019.

                                      /s/ Lynn Adelman
                                      LYNN ADELMAN
                                      District Judge